**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00026-FDW-DSC**

| | | |
|---|---|---|
| **DEYSHA CREECY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MOREHEAD RESTURANT LLC et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the "Amended Motion for Admission *Pro Hac Vice* and Affidavit [for Jesenia A. Martinez]" (document #14) filed February 8, 2022. For the reasons set forth therein, the Motion will be <u>granted.</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The initial "Motion for Admission *Pro Hac Vice* and Affidavit for Jesenia A. Martinez" (document #11) is <u>denied as moot</u>.

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: February 9, 2022

_____
David S. Cayer
United States Magistrate Judge