UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3-22-cv-00026-FDW-DSC

| | |
|---|---|
| DEYSHA CREECY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOREHEAD RESTAURANT, LLC dba UPTOWN CABARET, a North Carolina Limited Liability Company; BRIAN M. DOMINICK, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>Defendants. | **ORDER** |

THIS MATTER is before the Court on the Joint Motion to Lift Stay and Approval of FLSA Settlement, (Doc. No. 20), filed by Deysha Creecy ("Plaintiff") and defendants Morehead Restaurant LLC dba Uptown Cabaret and Brian M. Dominick (collectively, "Defendants") (collectively altogether "The Parties"). After reviewing motion, the exhibits attached thereto, and applcible law, the Court finds the settlement is fair and reasonable pursuant to the Fair Labor Standards Act.

IT IS THEREFORE ORDERED that the Court **GRANTS** the Motion, (Doc. No. 20), and LIFTS the stay for purposes of entering this Order.

IT IS FURTHER ORDERED that the Settlement of $33,000.00 is **APPROVED** and $16,722.68 is allocated to Plaintiff as detailed in the Settlement Agreement (Exhibits 1 to the Declaration of Jesenia A. Martinez) and $16,277.32 being allocated to Plaintiff's attorneys' fees

($14,850.00) and costs ($1,427.32). Any remaining monies will be distributed pro rata to the Plaintiff.

IT IS FURTHER ORDERED that the Clerk is respectfuly directed to CLOSE THIS CASE.

**IT IS SO ORDERED**.

Signed: February 21, 2023

Frank D. Whitney
United States District Judge