# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Deysha Creecy**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00026-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Morehead Resturant, LLC | ) | |
| Doe Managers 1 through 3 | | |
| Brian M Dominick | | |
| Does 4 through 10**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 21, 2023 Order.

February 21, 2023

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court